# EXHIBIT J

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joseph | A. | Saraceni |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number 17-11397
(if known)

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 609 Picket Way West Chester, PA 19382  Chester County<br>Line from *Schedule A/B*: **1.1** | $328,493.00 | ■ $10,334.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Miscellaneous pieces of furniture, appliances, and household furnishings.<br>Line from *Schedule A/B*: **6.1** | $7,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Miscellaneous articles of clothing.<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Business checking account ending 4147: Wells Fargo<br>Line from *Schedule A/B*: **17.1** | $11,607.34 | ■ $11,607.34<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Simple Business Checking account ending 4154: Wells Fargo<br>Line from *Schedule A/B*: **17.2** | $1.57 | ■ $1.57<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1    Joseph A. Saraceni    Case number (if known)    **17-11397**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Business Market Rate Savings account ending 9210: Wells Fargo**<br>Line from Schedule A/B: **17.3** | $0.58 | ■ $0.58<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking account ending 9210: Wells Fargo**<br>Line from Schedule A/B: **17.4** | $88.52 | ■ $88.52<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **IRA: Wells Fargo**<br>Line from Schedule A/B: **21.1** | $1.37 | ■ $1.37<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Joseph A. Saraceni                    :   No. 17-11397-MDC
                                              :
            Debtor(s)                         :   Chapter 13

## CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on October 9, 2017 a true and correct copy of debtor's Amended Chapter 13 Plan was served upon the party(ies) listed below in the above captioned matter in the manner listed below.

| | |
|---|---|
| William C. Miller, Esquire<br>111 South Independence Mall, Ste. 583<br>Philadelphia, PA 19106<br>(Chapter 13 Trustee) | Electronic Mail |
| Joseph A. Saraceni<br>609 Pickett Way<br>West Chester, PA 19382 | First Class Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 500<br>Philadelphia, PA 19106 | Electronic Mail |
| Scott F. Waterman, Esquire<br>110 W. Front Street<br>Media, PA 19063 | Electronic Mail |
| James R. Wood, Esquire<br>Portnoff Law Associates, Ltd.<br>2700 Horizon Drive, Suite 100<br>King of Prussia, PA 19406 | First Class Mail |

| | |
|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541 | First Class Mail |
| Matteo S. Weiner, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | First Class Mail |

Respectfully Submitted,

**LUONGO BELLOWAR LLP**

BY: /s/ *Stanley E. Luongo, Jr.*
 STANLEY E. LUONGO, JR., ESQUIRE
 Attorney for Debtor