UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Joseph A. Saraceni                :         Chapter 13
                                           :
                                           :         No. 17-11397-AMC
                    Debtor(s)              :

## AMENDED CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on October 9, 2017 a true and correct copy of Debtor, Joseph A. Saraceni's Motion to Avoid Judicial Lien of Susquehanna Bank and Notice of Motion, Response Deadline and Hearing Date were served upon the party(ies) listed below in the above captioned matter in the manner listed below:

| | |
|---|---|
| William C. Miller, Esquire<br>Chapter 13 Standing Trustee<br>P.O. Box 40119<br>Philadelphia, PA 19106-0119 | Electronic Mail |
| Mr. Joseph Saraceni<br>609 Picket Way<br>West Chester, PA 19382 | First Class Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 501<br>Philadelphia, PA 19107 | Electronic Mail |
| BB&T<br>f/k/a Susquehanna Bank<br>159 East High Street<br>Pottstown, PA 19464<br>Attn: Branch Manager<br>(Authorized Agent to Accept Service) | First Class Mail |
| BB&T<br>P.O. Box 1847, 100-50-01-51<br>Wilson, NC 27894<br>Attn: Aleksandra W. Page, Banking Officer | First Class Mail |
| John K. Fiorello, Esquire<br>Nancy J. Glidden, Esquire<br>Unruh, Turner Burke & Frees, P.C.<br>17 W. Gay Street<br>P.O. Box 515<br>West Chester, PA 19381-0515<br>(Counsel for BB&T f/k/a Susquehanna Bank) | First Class Mail |

Respectfully Submitted,

**LUONGO BELLWOAR, LLP**

BY: */s/ Stanley E. Luongo, Esquire*
    STANELY E. LUONGO, ESQUIRE
    Attorney for Debtor