## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  Joseph A. Saraceni : Chapter 13
:
: No. 17-11397-AMC
Debtor(s) :

### ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this _____ day of _____ , 2017, upon consideration of Debtor, Joseph A. Saraceni's Motion to Avoid the Judicial Lien of Origen Capital Investments II LLC, successor by assignment from Citizens Bank of PA and Respondent's response, if any, it is hereby ORDERED that Debtor's Motion is **GRANTED**.

IT IS FURTHER ORDERED THAT the aforesaid Judicial Lien on the Debtor's real property located at 609 Picket Way, West Chester, PA, Chester County, Pennsylvania, 19382 resulting from the judgment entered in the case captioned: <u>Origen Capital Investments II LLC vs. Joseph Saraceni, et al., No. 2017-00902</u> is hereby **AVOIDED**. The avoidance of the lien shall be effective upon the entry of the Discharge Order.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge