UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Joseph A. Saraceni | : | Chapter 13 |
| | : | |
| | : | No. 17-11397-amc |
| Debtor | : | |

## STIPULATED ORDER SETTLING MOTION TO AVOID JUDICIAL LIEN OF TAGUE LUMBER OF MEDIA, INC. WHICH IMPAIRS DEBTOR'S EXEMPTIONS

And now, this 13th day of November, 2017 it is hereby stipulated by and between counsel for the Debtor and counsel for Tague Lumber of Media, Inc. ("Tague") as follows:

1. Within seven days of the date of this Stipulation the debtor shall pay a lump sum payment of One-Thousand Dollars ($1,000.00) to Tague.

2. Tague's Proof of Claim No. 4 in this matter shall be reduced to the amount of $8,804.71 and shall be reclassified as a general unsecured claim.

3. Upon entry of the bankruptcy discharge, Tague's judicial lien on the Debtor's real estate located 609 Pickett Way, West Chester, PA 19380 resulting from the judgment captioned: *Tague Lumber of Media, Inc. vs. Joseph Saraceni,* Chester County Court of Common Pleas No. 2011-01720 shall be avoided in its entirety.

*WATERMAN & MAYER, LLP*                *LUONGO BELLWOAR, LLP*

By: /s/ *Scott F. Waterman*_____     By:/s/ *Stanley E. Luongo, Jr.*_____
    SCOTT F. WATERMAN, ESQUIRE       STANLEY E. LUONGO, JR., ESQUIRE
    Attorney for Tague Lumber of              Attorney for Debtor
    Media, Inc.                                          213-215 West Miner Street
                                                                  West Chester, PA 19382
                                                                  (610) 430-6600 Phone
                                                                  (610) 344-7585 Fax

**SO ORDERED BY THE COURT:**

_____             _____
Dated:                              Ashely M. Chan, Bankruptcy Judge