**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Joseph A. Saraceni                                :        Chapter 13
                                                          :
                                                          :        No. 17-11397-AMC
            Debtor(s)                                     :

## ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this  14th  day of  November , 2017, upon consideration of Debtor, Joseph A. Saraceni's Motion to Avoid the Judicial Lien of BB&T f/k/a Susquehanna Bank and Respondent's response, if any, it is hereby ORDERED that Debtor's Motion is **GRANTED**.

IT IS FURTHER ORDERED THAT the aforesaid Judicial Lien on the Debtor's real property located at 609 Picket Way, West Chester, PA, Chester County, Pennsylvania, 19382 resulting from the judgment entered in the case captioned: <u>Susquehanna Bank, vs. Joseph Saraceni, No. 2012-04944</u> is hereby **AVOIDED, upon discharge**. The avoidance of the lien shall be noted in the appropriate judgment or lien index.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge