United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-11397-amc
Joseph A. Saraceni                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1         Date Rcvd: Nov 14, 2017
                              Form ID: pdf900         Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db             +Joseph A. Saraceni,    609 Pickett Way,    West Chester, PA 19382-5909
cr             +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr             +Tague Lumber of Media, Inc.,   c/o Scott F. Waterman, Esquire,    110 W. Front Street,
                 Media, PA 19063-3208
cr             +Westtown Township,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13874428        Susquehanna Bank,    159 East High Street,    Pottstown, PA 19464
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:09:04
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 02:04:41      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
13912984        E-mail/Text: bankruptcy@bbandt.com Nov 15 2017 02:08:46     BB&T Bankruptcy,   100-50-01-51,
                 PO Box 1847,   Wilson, NC 27894-1847
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
```
              JAMES RANDOLPH WOOD    on behalf of Creditor    Westtown Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-4 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Creditor    Tague Lumber of Media, Inc. scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Joseph A. Saraceni stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Joseph A. Saraceni | : | Chapter 13 |
| | : | |
| | : | No. 17-11397-AMC |
| Debtor(s) | : | |

### ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this  14th  day of  November , 2017, upon consideration of Debtor, Joseph A. Saraceni's Motion to Avoid the Judicial Lien of BB&T f/k/a Susquehanna Bank and Respondent's response, if any, it is hereby ORDERED that Debtor's Motion is **GRANTED**.

IT IS FURTHER ORDERED THAT the aforesaid Judicial Lien on the Debtor's real property located at 609 Picket Way, West Chester, PA, Chester County, Pennsylvania, 19382 resulting from the judgment entered in the case captioned: Susquehanna Bank, vs. Joseph Saraceni, No. 2012-04944 is hereby **AVOIDED, upon discharge**. The avoidance of the lien shall be noted in the appropriate judgment or lien index.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge