United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph A. Saraceni
    Debtor

Case No. 17-11397-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Nov 15, 2017
Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.
```
db          +Joseph A. Saraceni,    609 Pickett Way,    West Chester, PA 19382-5909
cr          +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr          +Westtown Township,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13874430    +Tague Lumber of Media, Inc.,    325 Media Station Road,    Media, PA 19063-4755
13874431    +Tague Lumber of Media, Inc.,   c/o Scott F. Waterman, Esquire,    110 W. Front Street,
             Media, PA 19063-3208
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:47    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2017 01:59:16
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:37    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 01:57:49    Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Tague Lumber of Media, Inc.,   c/o Scott F. Waterman, Esquire,    110 W. Front Street,
             Media, PA 19063-3208
cr         ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:
```
              JAMES RANDOLPH WOOD    on behalf of Creditor    Westtown Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-4 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Creditor    Tague Lumber of Media, Inc. scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Joseph A. Saraceni stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Joseph A. Saraceni         :        Chapter 13
                                    :
                                    :        No. 17-11397-amc
         Debtor                     :

**STIPULATED ORDER SETTLING MOTION TO AVOID JUDICIAL LIEN OF TAGUE LUMBER OF MEDIA, INC. WHICH IMPAIRS DEBTOR'S EXEMPTIONS**

And now, this 13th day of November, 2017 it is hereby stipulated by and between counsel for the Debtor and counsel for Tague Lumber of Media, Inc. ("Tague") as follows:

1. Within seven days of the date of this Stipulation the debtor shall pay a lump sum payment of One-Thousand Dollars ($1,000.00) to Tague.

2. Tague's Proof of Claim No. 4 in this matter shall be reduced to the amount of $8,804.71 and shall be reclassified as a general unsecured claim.

3. Upon entry of the bankruptcy discharge, Tague's judicial lien on the Debtor's real estate located 609 Pickett Way, West Chester, PA 19380 resulting from the judgment captioned: *Tague Lumber of Media, Inc. vs. Joseph Saraceni,* Chester County Court of Common Pleas No. 2011-01720 shall be avoided in its entirety.

*WATERMAN & MAYER, LLP*               *LUONGO BELLWOAR, LLP*

By: */s/ Scott F. Waterman*            By: */s/ Stanley E. Luongo, Jr.*
    SCOTT F. WATERMAN, ESQUIRE             STANLEY E. LUONGO, JR., ESQUIRE
    Attorney for Tague Lumber of           Attorney for Debtor
    Media, Inc.                            213-215 West Miner Street
                                           West Chester, PA 19382
                                           (610) 430-6600 Phone
                                           (610) 344-7585 Fax

**SO ORDERED BY THE COURT:**

**November 15, 2017**
Dated:                            _____
                                  Ashely M. Chan, Bankruptcy Judge