United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph A. Saraceni  
     Debtor

Case No. 17-11397-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 06, 2017  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
13890002      +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:

      JAMES RANDOLPH WOOD    on behalf of Creditor    Westtown Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-4 bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN    on behalf of Creditor    Tague Lumber of Media, Inc. scottfwaterman@gmail.com, scottfwaterman@gmail.com  
      STANLEY E. LUONGO, JR.    on behalf of Debtor Joseph A. Saraceni stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com  
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                             TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11397-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph A. Saraceni
609 Pickett Way
West Chester PA 19382

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/04/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: PHEAA, PO BOX 8147, HARRISBURG PA 17105 | ECMC<br>po box 16408<br>St. Paul, MN 55116-0408 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/08/17

Tim McGrath
**CLERK OF THE COURT**