United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11397-amc
Joseph A. Saraceni                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2            Date Rcvd: Aug 20, 2019
                            Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
```
db         +Joseph A. Saraceni,    609 Pickett Way,    West Chester, PA 19382-5909
cr         +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
13874407  ++++ACI,    37 RUST LN,    BOERNE TX 78006-8288
             (address filed with court: ACI,    35A Rust Lane,    Boerne, TX 78006)
13874410   +Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
13874411    Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13874412   +Citizens Bank,    P.O. Box 42002,    Providence, RI 02940-2002
13876586   +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
13874413   +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
14022861    ECMC,    po box 16408,    St. Paul, MN 55116-0408
13874415   +Linebarger, Goggan, Blair & Sampson LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
13874416   +Origen Capital Investments II, LLC,    76 Summer Street, Suite 610,    Boston, MA 02110-1267
13874420   +PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13890002   +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13874419   +Performant,    P.O. Box 9057,    Pleasanton, CA 94566-9057
13874421   +Pioneer Credit Recovery, Inc.,    P.O. Box 189,    Arcade, NY 14009-0189
13874424   +Robert J. Murtaugh, Esquire,    The Chartwell Law Offices, LLP,
             970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
13874425   +Rosemary E. Saraceni,    609 Picket Way,    West Chester, PA 19382-5909
13874426   +Saraceni Construction,    609 Picket Way,    West Chester, PA 19382-5909
13874427    Small Business Administration,    c/o U.S. Department of the Treasury,
             Debt Management Services,    P.O. Box 830794,    Birmingham, AL 35283-0794
13874428   +Susquehanna Bank,    159 East High Street,    Pottstown, PA 19464-5428
13874429   +Synergetic Communication, Inc.,    5450 N.W. Central #220,    Houston, TX 77092-2061
13905597   +THE BANK OF NEW YORK MELLON,    FOR THE CWABS, INC. SERIES 05-00004,    c/o MATTEO SAMUEL WEINER,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13874430   +Tague Lumber of Media, Inc.,    325 Media Station Road,    Media, PA 19063-4755
13874431   +Tague Lumber of Media, Inc.,    c/o Scott F. Waterman, Esquire,    110 W. Front Street,
             Media, PA 19063-3208
13969930   +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
             3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13920506    The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    PO Box 31785,
             Tampa, FL 33631-3785
13874432    Unruh, Turner Burke & Frees, P.C.,    P.O. Box 515,    West Chester, PA 19381-0515
13874433   +Westtown Township,    1039 Wilmington Pike,    West Chester, PA 19382-7370
13895370   +Westtown Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Aug 21 2019 03:11:08     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 21 2019 03:10:53     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 03:17:32     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13874408   +E-mail/Text: kristin.villneauve@allianceoneinc.com Aug 21 2019 03:10:23
             Alliance One Receivables Management, Inc,    4850 Street Road, Suite 300,
             Trevose, PA 19053-6643
13874409   +E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2019 03:10:23     Ally,    P.O. Box 380901,
             Minneapolis, MN 55438-0901
13912984    E-mail/Text: bankruptcy@bbandt.com Aug 21 2019 03:10:28     BB&T Bankruptcy,    100-50-01-51,
             PO Box 1847,    Wilson, NC 27894-1847
13874414    E-mail/Text: cio.bncmail@irs.gov Aug 21 2019 03:10:27     Internal Revenue Service,
             P.O. Box 7346,    Philadelphia, PA 19101-7346
13903092    E-mail/Text: blegal@phfa.org Aug 21 2019 03:10:46     PHFA/HEMAP,    211 NORTH FRONT ST,
             PO BOX 8029,    HARRISBURG, PA 17105
13874422    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 03:16:57
             Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
13946475    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 03:17:12
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13877531   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 03:28:36
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13874417    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 21 2019 03:10:41
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
13874418    E-mail/Text: blegal@phfa.org Aug 21 2019 03:10:46     Pennsylvania Housing Finance Agency,
             HEMAP,    211 North Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
                                                                                              TOTAL: 13
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Aug 20, 2019
                              Form ID: pdf900         Total Noticed: 42


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
cr*            ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*           +Tague Lumber of Media, Inc.,   c/o Scott F. Waterman, Esquire,   110 W. Front Street,
                Media, PA 19063-3208
cr*           +Westtown Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                Norristown, PA 19404-3020
13877713*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
cr           ##+SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13874423     ##+Portnoff Law Associates, Ltd.,   1000 Sandy Hill Road, Ste. 150,   Norristown, PA 19401-4181
                                                                                              TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor   Westtown Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-4 bkgroup@kmllawgroup.com
              PATRICIA M. MAYER    on behalf of Creditor   Tague Lumber of Media, Inc. patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS,
               Inc. Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-4 bkgroup@kmllawgroup.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Joseph A. Saraceni stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| JOSEPH A. SARACENI | |
| Debtor | Bankruptcy No. 17-11397-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 20, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANLEY E. LUONGO JR
LUONGO BELLWOAR LLP
126 WEST MINER ST
WEST CHESTER, PA 19382-

Debtor:
JOSEPH A. SARACENI

609 PICKETT WAY

WEST CHESTER, PA 19382