**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        **JOSEPH A. SARACENI**         :        No. **17-11397 (AMC)**
                                              :
              Debtor                          :        Chapter 13

## O R D E R

AND NOW, on this _____ day of _____, 2019, upon consideration of the Debtor's Motion to Vacate the Dismissal Order dated August 20, 2019, and Reinstate Chapter 13 case along with the Automatic Stay and any response thereto, it is hereby ORDERED and DECREED that said Motion is **GRANTED.**

IT IS FURTHER ORDERED THAT this Court's Order of August 20, 2019 is hereby **VACATED** and that this Chapter 13 case and the automatic stay shall be reinstated.

IT IS FURTHER ORDERED THAT William C. Miller, Esquire shall be appointed as Trustee of this case.

**BY THE COURT:**

_____
**Ashely M. Chan, U.S. Bankruptcy Judge**