**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **JOSEPH A. SARACENI**  :  No. **17-11397 (AMC)**
 :
 Debtor  :  Chapter 13

## O R D E R

AND NOW, on this __18th__ day of __September__, 2019, upon consideration of the

Debtor's Motion to Vacate the Dismissal Order dated August 20, 2019, and Reinstate Chapter 13

case along with the Automatic Stay and any response thereto,  it is hereby ORDERED and

DECREED that said Motion is **GRANTED.**

IT IS FURTHER ORDERED THAT this Court's Order of August 20, 2019 is hereby

**VACATED** and that this Chapter 13 case and the automatic stay shall be reinstated.

IT IS FURTHER ORDERED THAT William C. Miller, Esquire shall be appointed as

Trustee of this case.

**BY THE COURT:**

_____
**Ashely M. Chan, U.S. Bankruptcy Judge**