UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH A SARACENI                     NO. 17-11397 AMC
                                      CHAPTER 13

WITHDRAWAL/ENTRY  OF APPEARANCE for
TAGUE LULMBMER OF MEDIA, INC.

To the Clerk:

Kindly withdraw my appearance on behalf of the Plaintiff, Tague Lumber of Media, Inc.,

in the above-referenced matter.

PATRICIA M. MAYER, P.C.

/s/ Patricia M. Mayer, Esquire_____
Patricia M. Mayer

Kindly enter my appearance on behalf of the Plaintiff, Tague Lumber of Media, Inc.,

in the above-referenced matter.

GERSHMAN LAW OFFICES, PC

/s/ Howard Gershman
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046
215-886-1120
howard@gershman-law.com