# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-11397-AMC

JOSEPH A. SARACENI

609 PICKETT WAY

WEST CHESTER, PA 19382

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH A. SARACENI

    609 PICKETT WAY

    WEST CHESTER, PA 19382

Counsel for debtor(s), by electronic notice only.

    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    126 WEST MINER ST
    WEST CHESTER, PA 19382-

Date: 9/29/2020

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee