**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*************************************************************************************

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | )   BK. 17-11397 |
| SARACENI, JOSEPH A., | ) |
| | ) |
| | )   Chapter 13 |
| DEBTORS | ) |
| | ) |

*************************************************************************************

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM #12)

West Chester Area School District ("School District") filed a claim on December 3, 2019 in the above-captioned case. The School District hereby withdraws this amended claim as such claim was filed in error. Such withdrawal shall have no impact on any other proof(s) of claim filed by the School District in the above-captioned case.

Respectfully submitted,

KRATZENBERG, LAZZARO, LAWSON & VINCENT

  /s/ Michael Mazzella
Michael Mazzella, Esquire
PA I.D. No. 321153
546 Wendel Road
Irwin, PA 15642
Telephone (724) 978-0333
Facsimile (724) 978-0339
ymmerdian@keystonecollects.com
Attorney for West Chester Area School District