**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joseph A. Saraceni dba Saraceni Construction, dba Joseph Saraceni Construction,  dba Joe Saraceni Construction | CHAPTER 13 |
| Debtor(s) | |
| The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2005-4 | NO. 17-11397 AMC |
| Movant | |
| vs. | |
| Joseph A. Saraceni dba Saraceni Construction, dba Joseph Saraceni Construction,  dba Joe Saraceni Construction | 11 U.S.C. Sections 362 and 1301 |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | |

**ORDER**

        AND NOW, this          day of                    , 2020 at Philadelphia, upon consideration of Movant's

Motion to Approve Loan Modification, it is ORDERED AND DECREED that:


        The Motion is granted and the Loan Modification Agreement executed on *September 20, 2020* does

not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.


**Date: January 20, 2021**

_____            _____
                                             United States Bankruptcy Judge.

cc: See attached service list

Joseph A. Saraceni dba Saraceni Construction, dba Joseph Saraceni Construction,  dba Joe Saraceni Construction
609 Picket Way
West Chester , PA 19382

Stanley E. Luongo
126 West Miner Street
West Chester, PA 19382

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532