United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-11397-amc
Joseph A. Saraceni  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: May 13, 2022  Form ID: 138OBJ  Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph A. Saraceni, 609 Pickett Way, West Chester, PA 19382-5909 |
| 13874407 | ++++ | ACI, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, ACI, 35A Rust Lane, Boerne, TX 78006 |
| 13874415 | + | Linebarger, Goggan, Blair & Sampson LLP, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 13874416 | + | Origen Capital Investments II, LLC, 76 Summer Street, Suite 610, Boston, MA 02110-1267 |
| 13874419 | + | Performant, P.O. Box 9057, Pleasanton, CA 94566-9057 |
| 13874421 | + | Pioneer Credit Recovery, Inc., P.O. Box 189, Arcade, NY 14009-0189 |
| 13874423 | | Portnoff Law Associates, Ltd., 1000 Sandy Hill Road, Ste. 150, Norristown, PA 19401 |
| 13874424 | + | Robert J. Murtaugh, Esquire, The Chartwell Law Offices, LLP, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403-2265 |
| 13874425 | + | Rosemary E. Saraceni, 609 Picket Way, West Chester, PA 19382-5909 |
| 13874426 | + | Saraceni Construction, 609 Picket Way, West Chester, PA 19382-5909 |
| 13874427 | | Small Business Administration, c/o U.S. Department of the Treasury, Debt Management Services, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 13874428 | + | Susquehanna Bank, 159 East High Street, Pottstown, PA 19464-5428 |
| 13874429 | + | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 13905597 | + | THE BANK OF NEW YORK MELLON, FOR THE CWABS, INC. SERIES 05-00004, c/o MATTEO SAMUEL WEINER, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13874431 | + | Tague Lumber of Media, Inc., c/o Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |
| 13874430 | + | Tague Lumber of Media, Inc., 325 Media Station Road, Media, PA 19063-4755 |
| 14434175 | + | Township of Westtown, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 13874432 | | Unruh, Turner Burke & Frees, P.C., P.O. Box 515, West Chester, PA 19381-0515 |
| 14434174 | + | West Chester Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 13874433 | + | Westtown Township, 1039 Wilmington Pike, West Chester, PA 19382-7370 |
| 13895370 | + | Westtown Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 14 2022 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13874408 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 14 2022 00:11:00 | Alliance One Receivables Management, Inc, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 13874409 | | Email/Text: ally@ebn.phinsolutions.com | May 14 2022 00:11:00 | Ally, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 13912984 | | Email/Text: bankruptcy@bbandt.com | May 14 2022 00:11:00 | BB&T Bankruptcy, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 13874410 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 14 2022 00:11:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 13874412 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 14 2022 00:11:00 | Citizens Bank, P.O. Box 42002, Providence, RI 02940 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 13, 2022 | Form ID: 138OBJ | Total Noticed: 42

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13876586 | | Email/Text: Bankruptcy.RI@Citizensbank.com<br>May 14 2022 00:11:00 | | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 13874411 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>May 14 2022 00:11:16 | | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 13874413 | + | Email/Text: convergent@ebn.phinsolutions.com<br>May 14 2022 00:12:00 | | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 14022861 | | Email/Text: ECMCBKNotices@ecmc.org<br>May 14 2022 00:11:00 | | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 13874414 | | Email/Text: sbse.cio.bnc.mail@irs.gov<br>May 14 2022 00:11:00 | | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13903092 | | Email/Text: blegal@phfa.org<br>May 14 2022 00:11:00 | | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13890002 | + | Email/Text: bncnotifications@pheaa.org<br>May 14 2022 00:11:00 | | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 13874420 | + | Email/Text: bncnotifications@pheaa.org<br>May 14 2022 00:11:00 | | PHEAA, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 13874422 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>May 14 2022 00:10:59 | | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 13946475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>May 14 2022 00:10:42 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13877531 | + | Email/PDF: rmscedi@recoverycorp.com<br>May 14 2022 00:10:42 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13874417 | | Email/Text: RVSVCBICNOTICE1@state.pa.us<br>May 14 2022 00:11:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13874418 | | Email/Text: blegal@phfa.org<br>May 14 2022 00:11:00 | | Pennsylvania Housing Finance Agency, HEMAP, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 13874427 | ^ | MEBN<br>May 14 2022 00:04:58 | | Small Business Administration, c/o U.S. Department of the Treasury, Debt Management Services, P.O. Box 830794, Birmingham, AL 35283-0794 |
| 13874429 | ^ | MEBN<br>May 14 2022 00:05:16 | | Synergetic Communication, Inc., 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 13969930 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>May 14 2022 00:12:00 | | The Bank of New York Mellon as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 13920506 | | Email/Text: creditcardbkcorrespondence@bofa.com<br>May 14 2022 00:11:00 | | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13877713 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 13, 2022 | Form ID: 138OBJ | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
                on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

HOWARD GERSHMAN
                on behalf of Creditor Tague Lumber of Media  Inc. hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JAMES RANDOLPH WOOD
                on behalf of Creditor Westtown Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KENNETH E. WEST
                ecfemails@ph13trustee.com  philaecf@gmail.com

MATTEO SAMUEL WEINER
                on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-4 bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
                on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS  INC., ASSET-BACKED CERTIFICATES, SERIES 2005-4 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
                on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
                on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-4 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
                on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STANLEY E. LUONGO, JR.
                on behalf of Debtor Joseph A. Saraceni stan.luongo@luongobellwoar.com  nicole.werner@luongobellwoar.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph A. Saraceni

        Debtor(s)

Case No: 17−11397−amc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
               Suite 400
           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/13/22

106 − 102
Form 138OBJ